# UNITED STATES DISTRICT COURT
for the

NORTHERN District of NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
NOV - 4 2019
AT_____ O'CLOCK_____
John M. Domurad. Clerk - Plattsburgh

| | |
|---|---|
| United States of America<br>v.<br><br>PATEL, Artiben Harshal<br>*Defendant* | Case No. 8:19-MJ-714 (GLF) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __October 31, 2019__ in the county of __Franklin__ in the __NORTHERN__ District of __NEW YORK__, the defendant violated __8__ U. S. C. § __1325 (a)(2)__, offenses described as follows:

Artiben Harshal PATEL, an alien and citizen of India, did knowingly and unlawfully elude examination and inspection by immigration officers, as she entered the United States from Canada.

This criminal complaint is based on these facts:

On October 31, 2019, United States Border Patrol (USBP) agents at the Massena Border Patrol Station were patrolling State Route 37 near Westville, NY, when they observed New York State Troopers conducting a vehicle stop on a beige Ford F-150 bearing Ontario, Canada license plates AT85956. When agents approached the vehicle New York State Troopers were placing the driver in handcuffs for suspicion of Driving While Intoxicated. Agents were notified by New York State Troopers that they had completed their investigation and allowed agents to conduct an immigration inspection.

As agents approached the passenger side of the vehicle they identified themselves as Border Patrol Agents and asked the occupants of the vehicle as their immigration status. PATEL stated that she was a citizen of India and did not have any documentation in her possession to allow her to stay or remain in the United States. The United States requires aliens from India to secure a visa before traveling to the United States. The agent inquired as to PATEL immigration status in the United States, to which she replied she was illegally present. PATEL was placed under arrest and transported back to the Massena Border Patrol Station for further processing and investigation along with her property.

At the Massena Border Patrol Station PATEL was advised of her Miranda rights. She then admitted to flying into Ottawa, Canada. When asked how she traveled into the United States she claimed by boat.

Fingerprints of PATEL were taken utilizing the IDENT/IAFIS system and it was discovered that PATEL was a resident and citizen of India. PATEL possessed no valid immigration status in the United States and was not admitted or paroled into the US.

_____
Complainant's signature

Nicholas Jacques Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 4, 2019

_____
*Judge's signature*

City and state: Plattsburgh, New York

Gary L. Favro, U.S. Magistrate Judge, N.D.N.Y.